**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JIANLI ZHU,

        Respondent

            v.

ZHAOJIN KE,

        Petitioner

: No. 36 WM 2017
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2017, the Petition for Extraordinary Relief in the Nature of a Writ of Prohibition under King's Bench Jurisdiction, the Motion for Leave to Reply, the Motion for Leave to Add an Addendum, the Motion for Leave to File Sur Reply, and the Motion for Stay are **DENIED**.